**A·S·K FINANCIAL**

*Insolvency Financial & Collection Legal Services*

17401 Ventura Blvd., # B-21  2600 Eagan Woods Drive, Suite 400  Los Angeles
Encino, CA 91316  St. Paul, MN 55121  Minneapolis
PHONE: 818/609-9268  PHONE: 651/406-9665
FAX: 818/609-9686  FAX: 651/406-9676

## CHECK REGISTER
### TRANSFERS DURING PREFERENCE PERIOD

Defendant: **Newpage Wisconsin System Inc. fdba Stora Enso North America Corp.**
Bankruptcy Case: Quebecor World (USA), et al.
Preference Period: October 23, 2007 - January 21, 2008

| Check No. | Check Date | Clear Date | Check Amount | Check Description |
|---|---|---|---|---|
| 1067 | November 2, 2007 | November 2, 2007 | $436,343.63 | UNITED STATES DOLLAR |
| 1092 | November 19, 2007 | November 19, 2007 | $2,341,656.08 | UNITED STATES DOLLAR |
| 1111 | November 22, 2007 | November 22, 2007 | $1,587,271.14 | UNITED STATES DOLLAR |
| 1123 | November 28, 2007 | November 28, 2007 | $140,113.15 | UNITED STATES DOLLAR |
| 1124 | November 29, 2007 | November 29, 2007 | $146,355.66 | UNITED STATES DOLLAR |
| 1145 | December 5, 2007 | December 5, 2007 | $253,270.80 | UNITED STATES DOLLAR |
| 1161 | December 13, 2007 | December 13, 2007 | $2,234,432.80 | UNITED STATES DOLLAR |
| 1173 | December 18, 2007 | December 18, 2007 | $1,621,057.28 | UNITED STATES DOLLAR |
| 1181 | December 21, 2007 | December 21, 2007 | $2,074,983.63 | UNITED STATES DOLLAR |
| 1195 | January 4, 2008 | January 4, 2008 | $6,298.25 | UNITED STATES DOLLAR |
| 1196 | January 7, 2008 | January 7, 2008 | $719,723.97 | UNITED STATES DOLLAR |
| 1208 | January 15, 2008 | January 15, 2008 | $1,263,969.27 | UNITED STATES DOLLAR |

Total Check(s): 12     **Total Amount:**     $12,825,475.66