A·S·K FINANCIAL LLP
Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*)
John T. Siegler, Esq.
Gary D. Underdahl, , Esq. (*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
**Telephone:** (651) 406-9665  ext. 857 **Fax:** (651) 406-9676
**e-mail**: gunderdahl@askfinancial.com

Edward E. Neiger, Esq.
317 Madison Avenue
21st Floor
New York, NY  10017
**Telephone:** (212) 267-7342    **Fax:** (212) 918-3427
**e-mail**:  eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.[1],<br><br>Debtors. | Bk. No. 08-10152-JMP<br>(Jointly Administered)<br><br>Chapter 11 |
| Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Newpage Wisconsin System Inc. fdba Stora Enso North America Corp.<br><br>Defendant. | Adv. No.: 10-01366-shl |

## **AMENDED NOTICE OF SCHEDULING OF MEDIATION**

PLEASE TAKE NOTICE that, pursuant to the Court's Amended Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Eugene I. Davis, as

---

[1] The Debtors are the following entities: Quebecor World (USA) Inc., Quebecor Printing Holding Company, Quebecor World Capital Corporation, Quebecor World Capital II GP, Quebecor World Capital II LLC, WCZ, LLC, Quebecor World Lease GP, Quebecor World Lease LLC, QW Memphis Corp., The Webb Company, Quebecor World Printing (USA) Corp., Quebecor World Loveland Inc., Quebecor World Systems Inc., Quebecor World San Jose Inc., Quebecor World Buffalo Inc., Quebecor World Johnson & Hardin Co., Quebecor World Northeast Graphics Inc., Quebecor World UP Graphics Inc., Quebecor World Great Western Publishing Inc., Quebecor World DB Acquisition Corp., WCP-D, INC., Quebecor World Taconic Holdings Inc., Quebecor World Retail Printing Corporation, Quebecor World Arcata Corp., Quebecor World Nevada Inc., Quebecor World Atglen Inc., Quebecor World Krueger Acquisition Corp., Quebecor World Book Services LLC, Quebecor World Dubuque Inc., Quebecor World Pendell Inc., Quebecor World Fairfield Inc., QW New York Corp., Quebecor World Dallas II Inc., Quebecor World Nevada II LLC, Quebecor World Dallas, L.P., Quebecor World Mt. Morris II LLC, Quebecor World Petty Printing Inc., Quebecor World Hazleton Inc., Quebecor World Olive Branch Inc., Quebecor World Dittler Brothers Inc., Quebecor World Atlanta II LLC, Quebecor World RAI Inc., Quebecor World KRI Inc., Quebecor World Century Graphics Corporation, Quebecor World Waukee Inc., Quebecor World Logistics Inc., Quebecor World Mid-South Press Corporation, Quebecor Printing Aviation Inc., Quebecor World Eusey Press Inc., Quebecor World Infiniti Graphics Inc., Quebecor World Magna Graphic Inc., Quebecor World Lincoln Inc, and Quebecor World Memphis LLC.

Litigation Trustee for the Quebecor World Litigation Trust, Pursuant to Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code and Extending the 120-Day Time Limit for Service of the Summonses and Complaints, dated July 1, 2010 (the "Mediation Order"), the above-captioned adversary proceeding has been scheduled for mediation before Mark Indelicato, Esq. (the "Mediator") on July 28, 2011, commencing at 9:30 a.m. at the law offices of Hahn & Hessen, LLP, 488 Madison Avenue, New York, New York, 10022.

PLEASE TAKE FURTHER NOTICE that the time and location of the mediation is subject to change by the Mediator upon reasonable notice.

Dated: June 14, 2011

                    A·S·K FINANCIAL LLP

By   /s/  *Gary D. Underdahl*_____
Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*),
John T. Siegler, Esq.
Gary D. Underdahl, Esq. (*Admitted Pro Hac Vice*),
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
**Telephone:** (651) 406-9665  ext. 857  **Fax:** (651) 406-9676
**e-mail**: gunderdahl@askfinancial.com

Edward E. Neiger, Esq.
317 Madison Avenue
21st Floor
New York, NY  10017
**Telephone:** (212) 267-7342   **Fax:** (212) 918-3427
**e-mail**:  eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust